**RECEIVED**

JUN 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MS. VICTORIA JONES )
)
P.O. BOX 2658 )
)
COUNTRY CLUB HILLS, IL. 60478 )
(Name of the plaintiff or plaintiffs) )
)                                      CIVIL ACTION
v. )
)
BREMEN HIGH SCHOOL DISTRICT 228 )    08CV3548
)                                     JUDGE MANNING
15203 S. PULASKI )                    MAG. JUDGE KEYS
)
MIDLOTHIAN, IL. 60445 )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _____ VICTORIA JONES _____ of the
county of ___ COOK _____ in the state of ___ ILLINOIS _____.

3. The defendant is ___ BREMEN HIGH SCHOOL DISTRICT 228 _____, whose
street address is 15203 S.PULASKI _____,
(city) MIDLOTHIAN (county) COOK _____ (state)ILLINOIS (ZIP) 60445
(Defendant's telephone number) (708)-389-1175 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
15203 SOUTH PULASKI _____ (city) MIDLOTHIAN
(county) COOK ____ (state) ILLINOIS(ZIP code) 60445 _____

5. The plaintiff [check one box]

   (a) ☐    was denied employment by the defendant.

   (b) ☒    was hired and is still employed by the defendant.

   (c) ☐    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) DECEMBER____, (day)___01____, (year) 2005____.

7.1____ *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff *[check one box]* ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)    ☐ the United States Equal Employment Opportunity Commission, on or about (month) OCTOBER____ (day) 05____ (year) 2007____.

    (ii)    ☐ the Illinois Department of Human Rights, on or about (month) NOVEMBER____ (day) 29____ (year) 2007____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.** It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐    Yes (month)_____ (day)_____ (year)_____

        ☒    No, did not file Complaint of Employment Discrimination

  2.    The plaintiff received a Final Agency Decision on (month)___APRIL___ (day)___10___ (year) 2008____.

  c.    Attached is a copy of the

    a.  Complaint of Employment Discrimination,

      ☒ YES  ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

      ☒ YES  ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice*

*of Right to Sue,* which was received by the plaintiff on (month)  APRIL

(day)  13    (year)  08    a copy of which *Notice* is attached to this

complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those*
*that apply]*:

(a)☐    Age (Age Discrimination Employment Act).

(b)☒    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐    Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☒    National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒    Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐    Religion (Title VII of the Civil Rights Act of 1964)

(g)☒    Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local
governmental agency, plaintiff further alleges discrimination on the basis of race, color, or
national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims
by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981
and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation
Act, 29 U.S.C. § 791.

12.    The defendant *[check only those that apply]*

(a)☐    failed to hire the plaintiff.

(b)☐    terminated the plaintiff's employment.

(c)☐    failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): SUPPORTING DOCUMENTATION OF HARASSMENT AND RETLIATION ATTACHED

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

SUPPORTING DOCUMENTATION ATTACHED

_____

_____

_____

_____

_____

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff **[check only those that apply]**

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Victoria Jones_

(Plaintiff's name)

_VICTORIA JONES_

(Plaintiff's street address)

P.O. Box 2658

_____

(City) COUNTRY CLUB HILL (State) ILLINOIS (ZIP) 60478

(Plaintiff's telephone number) (708) – 846–1777

Date: JUNE 20, 2008



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5054 1064

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Ms. Victoria Jones
P.O. Box 2658
Country Club Hills, IL   60478

April 10, 2008

Re:   EEOC Charge Against Breman High School Dist. #228
      No. 440200800161

Dear Ms. Jones:

    Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since
the date the Commission assumed jurisdiction over the charge, and no
suit based thereon has been filed by this Department, and because
you have specifically requested this Notice, you are hereby notified
that you have the right to institute a civil action under Title I of
the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et
seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be
filed in the appropriate Court within 90 days of your receipt of
this Notice.   If you cannot afford or are unable to retain an
attorney to represent you, the Court may, at its discretion, assist
you in obtaining an attorney.   If you plan to ask the Court to help
you find an attorney, you must make this request of the Court in the
form and manner it requires.   Your request to the Court should be
made well before the end of the time period mentioned above.   A
request for representation does not relieve you of the obligation to
file suit within this 90-day period.

    This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is
meritorious.

                              Sincerely,

                           Grace Chung Becker
                      Acting Assistant Attorney General
                           Civil Rights Division

                   by

                           Karen L. Ferguson
                      Supervisory Civil Rights Analyst
                       Employment Litigation Section

cc:   Chicago District Office, EEOC
      Breman High School Dist. #228

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 440-2008-00161 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, If any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Victoria Jones** | **(708) 846-1777** | **11-29-1959** |

Street Address
**P O Box 2658, Country Club Hills, IL 60478**

City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BREMAN HIGH SCHOOL DISTRICT 228** | **600 or More** | **(708) 371-3600** |

Street Address
**15203 South Pulaski Road, Midiothian, IL 60445**

City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **12-01-2005** | **10-05-2007** |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by Respondent since May 1984 as a Secretary. Beginning in or about December 2005, and continuing, I have been subjected to harassment which has created a hostile work environment.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

## RECEIVED EEOC

OCT 05 2007

## CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Oct 05, 2007**            *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date            Charging Party Signature | |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | **AMENDED**  440-2008-00161 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Victoria Jones** | **(708) 846-1777** | **11-29-1959** |

Street Address                                    City, State and ZIP Code

**P O Box 2658, Country Club Hills, IL 60478**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **BREMAN HIGH SCHOOL DISTRICT 228** | **500 or More** | **(708) 371-3600** |

Street Address                                    City, State and ZIP Code

**15203 South Pulaski Road,  Midlothian, IL 60445**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address                                    City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: **12-01-2005**    Latest: **10-05-2007** |
| ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been employed by Respondent since May 1984 as a Secretary. Respondent has been aware of my disability. Beginning in or about December 2005, and continuing, I have been subjected to harassment which has created a hostile work environment.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC

DEC 2 1 2007

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 12/20/07  X *(signature)*    Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#08W1128-16 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2008CF1357 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Ms. Victoria Jones | HOME TELEPHONE (include area code)<br>(708) 846-1777 |
|---|---|

| STREET ADDRESS<br>P.O. Box 2658 | CITY, STATE AND ZIP CODE<br>Country Club Hills, Illinois 60478 | DATE OF BIRTH<br>11/29/59 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>School District #228 - Bremen | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (include area code)<br>(708) 389-1175 |
|---|---|---|

| STREET ADDRESS<br>15203 S Pulaski Road | CITY, STATE AND ZIP CODE<br>Midlothian, Illinois 60478 | COUNTY<br>Cook (031) |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br>Race    Mental Disability    Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>10/06/07<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

**I.    A.    ISSUE/BASIS**

HARASSMENT, BEGINNING ON /OR ABOUT OCTOBER 6, 2007 AND CONTINUING THROUGH OCTOBER 16, 2007, BECAUSE OF MY RACE, BLACK.

**B.    PRIMA FACIE ALLEGATIONS**

1. My race is black.

2. I have satisfactorily performed my duties as a Secretary in Respondent's P.P.S Department, and have been employed with Respondent since June, 1984.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE<br>ME THIS 29 DAY OF _November_, 2007<br><br>_____<br>NOTARY SIGNATURE |
|---|---|

| "OFFICIAL SEAL"<br>JACQUELYN TURNER HAMB<br>Notary Public, State of Illinois<br>My Commission Expires 9/21/09<br><br>NOTARY SEAL | X _____  11/29/07<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
|---|---|

FORM 5 (5/05)

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA<br>☐ EEOC | 1994CF0888 |

STATE OF ILLINOIS DEPARTMENT OF HUMAN RIGHTS/Intake and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Victoria Jones | 708-371-0393 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3207 Emory Lane | Robbins, IL 60472 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME District 228 Bremen Township Board of Education | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) 708-371-3600 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 15203 S. Pulaski | Midlothian, IL 60445 | Cook |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER*(Specify)* | EARLIEST          LATEST<br>                        9/9/93<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I. On September 9, 1993, I was denied promotion to the position of secretary to the Director of Facilities and Services. I was hired on June 5, 1984 and currently function as dean secretary.

II. According to Richard Linden (white), Director of Facilities and services, I was denied the position because it was given to someone who is more qualified than I am.

III. I believe I have been discriminated against because of my race, black, in that:

A. I am a good and conscientious employee.

B. The individual who was promoted to that position, Kathy McAteer (white), is not as qualified or experienced as I am. In fact I have played a significant role in the process of training her since she has been employed at Respondent.

CAH/kir

| ☒ I want this charge filed with both the EEOC and the state or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  10/12/93<br>(Day, month, and year) |
|---|---|
| Date   NOTARY PUBLIC SEAL<br>EEOC FORM 5 (Rev. 06/88) | "OFFICIAL SEAL"<br>Krystal L Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 7, 1994 |

www.GoldmanEhrlich.com

-----Original Message-----
**From:** RICHARD MITCHELL [mailto:rmit404@sbcglobal.net]
**Sent:** Tuesday, March 11, 2008 1:20 PM
**To:** Arthur Ehrlich
**Subject:** Re: Victoria Jones/Bremen

I'm in Puebla, Mexico, so we'd have to search for a beach! ;)

I think if you look across the district and who is in charge
administratively you can see a distinct pattern of promoting whites
into positions of power, and then using them to beat up on minorities
whenever possible. It's so pervasive that I don't know where to begin
to help you, Art. Otis Lane, black dean at Bremen, complained to me
early on that he was the victim of racial discrimination at Bremen. He
might be a good person to connect with. He was passed over for a
principal position at Hillcrest this past year. He also indicated that
black kids were discriminated against at Bremen. Whether or not
you'd get any help out of him now or not, I don't know. The district
has a way of "quieting" people who make noise. But just look at who
is in charge of the buildings....with the exception of Hillcrest....they're
all white. Bremen doesn't have a single black administrator (except
for the one dean, which isn't a full admin position)--or Hispanic, for
that matter, which would make more sense since its largest minority is
now hispanic. Cynthia Walker was on the board for years and she
constantly indicated that racial discrimination was a problem for her
and her kids while attending Hillcrest and Tinley Park. Again, I don't
know if she'd be willing to assist you. She's no longer on the board. I
was just deposed in december by the parent of a black student at Oak
Forest who alleged racial discrimination...Chori bryant. I, of course,
allege I was released because I'm gay...which we're in the middle of
now. Another psychologist at Bremen, who is lesbian, was placed on
permanent leave after being harrassed for a full year or more by the
administration at Bremen. Her name is Betsy Molnar. There is
definitely a problem at Bremen, and it is mostly due to a southside
mentality of discrimination. I put a sign up on the marquis when I
first got back to the district saying, in Spanish, "Welcome back to
School." A board member called me to take it down immediately.
That's what you're up against.

If I think of other specific things, I'll let you know. I've been trying to
forget 228.

Good luck....Rich

*Previous
Superintendent
2006 - 07
School year*

----- Original Message ----
From: Arthur Ehrlich <Arthur@goldmanehrlich.com>
To: RICHARD MITCHELL <rmit404@sbcglobal.net>
Sent: Tuesday, March 11, 2008 12:51:40 PM
Subject: RE: Victoria Jones/Bremen

Wish I could be there in person in Mexico to ask questions as we chat by the
beach.
Anyway, as you may know, Ms. Jones is alleging race discrimination in the
way she has been picked on, singled out, and held to higher standards. She
has told me that as the prior Superintendent, you may have some knowledge
of a pattern of racial discrimination in the Deans¢ office where she worked.
If so, any information you have on this may help. It could be your knowledge
of complaints of discrimination against the same Deans in Ms. Jones¢ office
made by other black employees or made by parents or students who have
felt they were treated differently than white students.
You may have witnessed or heard of how these deans have treated other
black employees/students differently. Anything along these lines would be
helpful.
Ms. Jones can identify the key personnel causing her problems.
Thanks for your help

Arthur R Ehrlich
Goldman and Ehrlich
19 South La Salle Street
Suite 1500
Chicago, IL 60603
(312) 332-6733
(312) 332-4629 fax
Arthur@GoldmanEhrlich.com
www.GoldmanEhrlich.com

-----Original Message-----
**From:** RICHARD MITCHELL [mailto:rmit404@sbcglobal.net]
**Sent:** Tuesday, March 11, 2008 12:28 PM
**To:** Arthur Ehrlich
**Subject:** Victoria Jones/Bremen

Arthur--
I got an email from Vickie Jones asking me to contact you.
My name is Rich Mitchell and I was the supt. at 228 for a short
time, which is where I met Vickie. If I can be of help to you,
this is the best way to communicate, as I'm spending time in
Mexico until May. Look forward to hearing from you.

Rich Mitchell

*Start*

*Previous Superintendent /06-07*
*School Dist 228   School yeard*

Fw: Re: FW: Victoria Jones/Bremen – Yahoo! Mail

Case 1:08-cv-03548    Document 1    Filed 06/20/2008    Page 13 of 26

Page 4 of 4

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Fw: Re: FW: Victoria Jones/Bremen - Yahoo! Mail

Case 1:08-cv-03548    Document 1    Filed 06/20/2008    Page 14 of 26

Page 1 of 4



**Fw: Re: FW: Victoria Jones/Bremen**                                    Tuesday, June 10, 2008 8:35 PM
**From:** "victoria jones" <simone_60478@yahoo.com>
   **To:** simone_60478@yahoo.com

--- On **Tue, 6/10/08, victoria jones** *<simone_60478@yahoo.com>* wrote:

> From: victoria jones <simone_60478@yahoo.com>
> Subject: Fw: Re: FW: Victoria Jones/Bremen
> To: simone_60478@yahoo.com
> Date: Tuesday, June 10, 2008, 8:33 PM

--- On **Sat, 4/26/08, victoria jones** *<simone_60478@yahoo.com>* wrote:

> From: victoria jones <simone_60478@yahoo.com>
> Subject: Fw: Re: FW: Victoria Jones/Bremen
> To: simone_60478@yahoo.com
> Date: Saturday, April 26, 2008, 4:01 PM

*The End*
↓

--- On **Tue, 3/11/08, victoria jones** *<simone_60478@yahoo.com>* wrote:

> From: victoria jones <simone_60478@yahoo.com>
> Subject: Re: FW: Victoria Jones/Bremen
> To: "Arthur Ehrlich" <Arthur@goldmanehrlich.com>
> Date: Tuesday, March 11, 2008, 4:26 PM
>
> Otis Lane is the 3rd Dean at Bremen who I worked with the longest, he gave me my
> 06/07 evaluation. I will call him after he get out of work, but He is one of the Dean in
> that office and he sees what is going on to. I will e-mail you soon with more infor.
>
> Thank so much
> Ms. Jones
>
> **Arthur Ehrlich <Arthur@goldmanehrlich.com>** wrote:
>
>> This is the response I got from Dr Mitchell.  I was wondering if you had
>> anything to add, including if Otis Lane might be of help
>>
>> Arthur R Ehrlich
>> Goldman and Ehrlich
>> 19 South La Salle Street
>> Suite 1500
>> Chicago, IL 60603
>> (312) 332-6733
>> (312) 332-4629 fax
>> Arthur@GoldmanEhrlich.com

## Victoria Jones

| | |
|---|---|
| **From:** | Victoria Jones |
| **Sent:** | Thursday, September 27, 2007 9:02 AM |
| **To:** | Dave Kibelkis |
| **Cc:** | Edwin Lipowski; Vicki Intoe; Victoria Jones |
| **Subject:** | Concern 3 |
| **Attachments:** | Concerns.doc |

Dear Dr. Kibelkis

Attached you will find a letter that I summitted to Dr. Mendenhall, as a result, I met with Dr. Mendenhall and Ms. Jurgens regarding Ms. Jurgens actions toward me.  However this meeting did not cause Ms. Jurgens to stop harassing me.

There have been four or five meeting with Mr. Lipowski relative to Ms. Jurgens action toward me. during one of those meeting, Ms. Jurgens admitted acting inappropriately toward me in front of Parents and students.  These actions by Ms. Jurgens have created a hostile work environment and continue to cause me work related stress.

I am appealing to you to intervene in this situation.

Thanks
Ms. Jones

**Marcia Mendenhall**

From:    Michele Jurgens
Sent:    Tuesday, April 04, 2006 8:45 AM
To:      Marcia Mendenhall
Subject: FW: Concerns

-----Original Message-----
From: Victoria Jones
Sent: Friday, March 24, 2006 9:57 AM
To: Marcia Mendenhall
Cc: Phyllis A. Kimmel; Otis Lane; Vince Kasley; Michele Jurgens
Subject: Concerns

Dear Dr. Mendenhall,

I have been a discipline secretary for over 20 years, I have been assigned more jobs than any discipline secretary in the district, I handled bus routes, assigned approriate busses for students, lockers, as well as putting this information in the computer, for sudents I.D.s, I process all Dean Referrals, Detentions, M.D.P. S. Suspension, Saturday Detention, As well as filing all thes forms in the students file, mailing parents informing them of this dispositon. Send trespassing letter, Home coming request forms???? Parking applications, Record Monthly & Yearly suspension report. I answer the telephone for all the deans, bus complaints, theif, locker complaints, etc.... greet visitor enterning the P.P.S. office as well as supervised any students who need to be discipline.

I must deal with them if they are rude or cordial and frequently calm them to restore a business like atmosphere in the office, I have done all of the above described with a smile and without complaint or permission. I have given up my morning break to accomplish tasks in the office. When the attendance secretary is away, I adapt to this situation and complete her job.

Now it seems to me that I don't get any complaint from Students, Teachers, Administration, Past Administration, as well as Parents, who praise me for my service to them. My job is done on time as well as my reports, at what point did my recognition diminish, because all I been getting is complaint from Ms. Jurgens.

In an effort to understand what is going on the P.P.S. office I believe that over the past 20 years as the Deans secretary I have not heard that many complaints from Parents, Students, Administration, Past and Present as to a lack of my response to them ,I received a number of commendations for my service from them known and unknown to many who praise me for what I do, However lately I believe my recognition from some have diminish and the complaints by Ms. Jurgens have been numerous and leads me to believe that they are of a personal nature based on a mutural respect for what do. Over the past I have respected the Deans and protected the Deans from alot of unnessary things that occur in the office, that prevent them from having to dean with it, Dr Mendenhall this

current situation has cause me just as must stress as it has cause everyone else.  I need some answers.

*Thanks*

*Victoria Jones*
*Bremen High School*
*Deans Assistant*
*ext. 2208*

Arthur Ehrlich, Attorney at Law
19 South LaSalle Street
15th Floor
Chicago, IL 60603
March 19, 2008

I was employed with Bremen High School District 228 from August 2005 until May 2007 as the Pupil Personnel Services Coordinator at Bremen High School. In that capacity, my responsibilities included the overall coordination and supervision of the daily functions of the pupil personnel services department which included discipline, guidance and counseling and ancillary services.

While serving in this capacity, Ms. Michele Jurgens, a dean, made numerous complaints about the performance of Ms. Victoria Jones, a clerical worker. Ms. Jones also serves as the Dean's Secretary. Numerous meetings were held with both of them to resolve the issues. Ms. Michele Jurgens continued to send numerous e-mails to me about Ms. Jones's performance through the end of the last school year of which I served at Bremen High School.

I witnessed Ms. Jurgens slam a handful of papers down on the counter in front of Ms. Jones's desk on one occasion. I was standing in the doorway of my office at this time. Ms. Jurgens may not have been aware that I had witnessed this incident. I brought this to the attention of my supervisor, Dr. Mendenhall. To my knowledge, she did not respond to this.

I met with Ms. Jones and Ms. Jurgens when Ms. Jurgens made complaints to try to resolve the issues. In my opinion, the issues were resolved through compromise, although Ms. Jurgens continued to e-mail complaints about Ms. Jones's performance to me. These incidents of the e-mails and the paper slamming created a hostile working environment. I tried to do as much as I could given the limits placed upon me by meeting with the two employees each time a complaint was made.

Please feel free to contact me should you need additional information. You may contact me at 815-531-4245.


Sincerely,

*Phyllis A. Kimmel*

Phyllis A. Kimmel

May 16, 2007
2:33 pm

I was standing at the desk of Karen Edwards, attendance secretary, waiting for another secretary to return to the P.P.S. office to begin a meeting. Mr. Paul Rybarczyk, associate principal, approached me and asked if he could speak with me in my office, but before I could take a step toward my office, he rudely said to Ms. Edwards, "Is that all you can do is read a magazine? You can't even take a message from a parent?" He then looked over toward Victoria Jones and said, "Can't you take a message, either?" At that point, I said, "Let's go back to my office and discuss this." Karen asked him, "What are you talking about? I am on my break." He then turned and exited the P.P.S. office area. There were students present when this incident occurred.

Phyllis Kimmel
Pupil Personnel Service Coordinator
Bremen High School
2005 – 2006
2006 – 2007
School Years

Karen Edward Statement
CO-WORKER

On May 16, 2007 around 2:15/2:30pm,
Mr. Paul Rybarczyk, Associate
Principal at Bremen H.S. stormed
into the P.P.S office asking for
Phyllis Kimmel, PPS Director.
He stood by my desk (Ms. Edwards).
I was taking my break and
looking through a catalog
while waiting for our secretary's
meeting w/ Ms. Kimmel to begin.
Mr. Rybarczyk looked at me and
stated: "That's all you can do
all day is sit there & read a
magazine" I was totally surprised
and looked up at him and said
"pardon me?" He repeated: "Is that
all you can do all day is sit
there and read a magazine but
you can't take a message from
a parent" I asked him what
was he talking about because I
had no idea what was going on.
He would not specify what he was
referring to. but kept ranting
raving in front of several students

(21)

Karen Edward Statement – Co-worker

that were in the office and
parents also who were there
at the time. & co-workers
    Our PPS Director tried to
calm him down but he wouldn't
stop. He then waved his hand
at Ms. Jones and said "And
her over there, can't do anything
either." Ms. Kimmel finally
got him to go into her office.
It was very humiliating and
embarrasing.


Ms. Edwards
Attendance Secretary

KAREN Edward Statement

Co-Worker

On Friday 10/12/07 around about 2:30/2:40 pm Mr. Lipowski, PPS Director went over to Ms. Jones, Dean's Assistant's desk and asked her why she did Not have the Bus report that was given to her on Wednesday 10/10/07 finished. She began to explain why. He then wanted her to show him how long it take to run the report & then he wanted her to show him what it is that she does all day. He began to get loud & confrontational to the point where I wanted to ask him if he would take that discussion into his office.

Ms Edwards
Attendance/Secretary



**PRONGER • SMITH**
MEDICALCARE
A TRADITION OF TRUST™

**PRIMARY CARE**

**FAMILY PRACTICE**
Julie G. Vanderbilt, M.D.
J. Obert-Hong, M.D., J.D.
eh Neghdi-Cisclura, D.O.
izabeth A. Panagos, D.O.

**INTERNAL MEDICINE**
Ashok G. Dholakia, M.D.
Mary Anne Damiani, D.O.
Rajiv J. Vasavada, M.D.
Kalhua (Kevin) Lai, M.D.

**INTERNAL MEDICINE
AND PEDIATRICS**
Robert J. Oliver, M.D.

**GASTROENTEROLOGY**
Kevin Dolohide, D.O.

**PEDIATRICS**
Sai Fan Chen, M.D.
Jeffrey J. Lin, M.D.
Won D. Kim, M.D.
Sylvia Irizarry, M.D.

**SPECIALTY CARE**
**ERGY & IMMUNOLOGY**
nise R. Majmundar, M.D.

**CARDIOLOGY**
Yogesh Tejpal, M.D.

**DERMATOLOGY**
Joy D. Jester, M.D.

**ENDOCRINOLOGY**
Arnold G. Belasov, M.D.

**RAL AND PERIPHERAL
VASCULAR SURGERY**
Paul C. Vanderbilt, M.D.
Alan M. Romeri, M.D.
Ramon Marigliano, M.D.
Felipe Gracias, M.D.

**HEMATOLOGY AND
ONCOLOGY**
Refat Barid, M.D.

**NEUROLOGY**
Joseph H. Mayer, M.D.

**OBSTETRICS AND
GYNECOLOGY**
Jose L. Mangiano, M.D.
Emelina Cantas, M.D.
endall J. Gordon, M.D.
Esmond K. Yen, M.D.
Angela L. Risser, M.D.
Miyoung Won, M.D.

**OPHTHALMOLOGY**
Martin J. Joffe, M.D.
Seth I. Kaplan, M.D.
Eric W. Johnston, M.D.

**HOPEDIC SURGERY**
Shing I. Yeo, M.D.
Bruce R. Bolitsky, M.D.
Robert S. Markus, M.D.

**HOPEDIC AND HAND
SURGERY**
Alfonso Mejia II, M.D.

**OTOLARYNGOLOGY**
Philip D. Kooker, M.D.

**PODIATRY**
en M. French, D.P.M.

**PULMONOLOGY**
seh J. Valshnav, M.D.

**RHEUMATOLOGY**
anine Connolly, M.D.

**UROLOGY**
en M. Pierpaoli, M.D.
antes A. Sykora, M.D.

**ECUTIVE OFFICER**
David G. Seaman

January 30, 2008

RE: Victoria Jones
901760100
DOB: 11/29/1959

To Whom It May Concern:

Victoria Jones is a 48-year-old African-American female who has been seeing me since after 8/2007, very stressed at work, high blood pressure at work. Also complaining of right hand numbness and tingling sensation. She has been on the computer for many years. In between the patient was also admitted to the hospital for anxiety and palpitation and uncontrolled hypertension. At the present time she is undergoing treatment. She is on multiple medications, DynaCirc for the blood pressure, Ambien for the sleep, Synthroid, and Ativan. She is also going through the carpal tunnel syndrome treatment and physical therapy at the PTSIR rehabilitation.

Patient has been off work since 10/15/07. Her hypertension, anxiety and the carpal tunnel are caused from the work situation.

Sincerely,

Ashok Dholakia, MD/sdp
D: 01/30/08
T: 01/31/08
J: 2009



Accredited by the Joint Commission

# The Center for Neurobehavioral Services, S.C.

*Neuropsychology Division*
*14400 S. John Humphrey Drive, Suite 101*
*Orland Park, IL   60462*

*Phone: 708-226-1360*
*Fax: 708-226-1657*

January 11, 2008

RE: Victoria Jones

To Whom It May Concern:

The above named patient Victoria Jones is currently under my care.  She has been diagnosed with Major Depressive Disorder, Recurrent 296.3X, Panic Disorder w/o Agoraphobia 300.01.

Mrs. Jones is currently undergoing treatment including medication management and is taking Remeron 30mg one tab qhs, Ambien CR 12.5mg one tab qhs as needed and began Ativan 1mg at bed time.

In my clinical opinion problems at work contributed to her current mental condition.

If you have further questions or concerns please do not hesitate to contact my office at the number listed above.

Sincerely,

Jaroslaw Czarnkowski, MD
General Psychiatry
Psychosomatic Medicine

JC/ew





## Residential Special Hardship Fund

| | | |
|---|---|---|
| Funding Agency: *Southwest CEDA* | Contact Person | *Myrel Hewitt* |
| Agency Address: *3510 W. 130th St.* | Phone # | *1. 708. 371. 1578* |
| | Fax # | *1. 708. 371. 1247* |
| Customer Name: *Victoria Jakes* | | |
| Address: *3843 Little Rd.* | | |
| City: *Robbins* State: *IL* Zip: *60472* | Home Phone | *708. 846. 1727* |
| | Other Phone | |
| al Security Number: *331 31 3054* Account Number: *0101 23085* | |

Amount Requested?    Reason for assistance?

*C.O.R. has a medical condition.*

to release the following information to ComEd and The Illinois Community Action Association (ICAA), its Agents or its
Agents. My consent allows personal account information to be shared with ComEd and ICAA for the purpose of providing
nce for my utility service. Note: The program will be terminated once funds are exhausted or rate freeze legislation has passed.
tion of an application does not guarantee the applicant will get a grant. ComEd reserves the right to deny an application for
son without notice. One application per household.

| Signature: *Myrel Hewitt* | Date: *6 / 16 / 20 08* |
|---|---|
| re of Client: *Victoria Jakes* | Date: *6 / 26 / 20 08* |

FOR COMPANY USE DO NOT WRITE BELOW THIS LINE

ICAA Agent Use Only

| Approved? | YES | DENIAL REASON: | Credit Amount |
|---|---|---|---|
| | NO | | |

 **CEDA**

208 S. LaSalle Street, Suite 2010 • Chicago, Illinois 60604-1001

COOK COUNTY: _____

INTAKE SITE: _____

APPLICATION DATE: 4/16/08

# ZERO INCOME AFFIDAVIT

I _Victoria Jones_ _____ residing at
*(Applicant Name)*

_3242 Kinne Rd Yelding, IL 60472_ attest to the fact that adult members

of my household have received zero income for the period covering _2/11/11_ to _4/16/16_ .

**Name of adult members with Zero Income:**

_Victoria Jones referred to DHS_

| EXPENSE | AMOUNT |
|---|---|
| Rent | $ 700.00 |
| Food | $ 400.00 |
| Heat | $ 100.00 |
| Electricity | $ 59.00 |
| Water | $ |
| Transportation | $ |
| Loans | $ |
| Miscellaneous | $ |
| **TOTAL** | $ 1259.00 |

Last date of employment/ending date of income source: _10/07_

Date of last paycheck/income received: _10/07_

**Our family has met the above financial obligations during the reporting period by:**

_Using savings_ _____ from _Victoria Jones  708 146-1777_
($ amount)                          *(Name of source/ telephone)*

                                  _3242 Kinne Rd Yelding, IL_
                                  *(Address)*

_____ from _____
($ amount)                          *(Name of source/ telephone)*

                                  _____
                                  *(Address)*

**I understand that to perjure myself in order to obtain assistance is a fraudulent offense for which I can be prosecuted.**

_Victoria Jones_ _____ Date _4-16-08_
Signature

_Victoria Jones_                   Social Security _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_
Print Name of Applicant

_____                   _____
Witnessed By                       Date