UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

itiff(s)

CTORIA JONES

v.

ndant(s)

EMEN HIGH SCHOOL DISTRICT 228

FILED
JUN 20 2008
Jun 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Nur: 08CV3548
JUDGE MANNING
MAG. JUDGE KEYS

## MOTION FOR APPOINTMENT OF COUNSEL

I, __VICTORIA JONES__ ,declare that I am the (check appropriate box)
[X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

n further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

n further support of my motion, I declare that (check appropriate box):

[X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

[ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

[ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

/s/ Victoria Jones
VICTORIA JONES
ovant's Signature

JUNE 20, 2008
te

P.O. BOX 2658
Street Address

COUNTRY CLUB HILL, IL 60478
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐