# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3548 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Victoria Jones vs. Bremen High School | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed in forma pauperis [3] is granted. Plaintiff's motion for appointment of counsel [4] is granted. The court appoints Jeanne M. Gills, Foley & Lardner, LLP, 321 N. Clark, Suite 2800, Chicago, IL 60610, (312)832-4583 as counsel for plaintiff. Status hearing set to 8/28/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|