UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Victoria Jones
                Plaintiff,

v.                              Case No.: 1:08−cv−03548
                                      Honorable Blanche M. Manning

Bremen High School District 228
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 8/28/2008. Plaintiff is granted leave to file an amended complaint on or before 10/28/2008. Status hearing continued to 10/23/2008 at 11:00 A.M. Mailed notice by judge';s staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.